## Table of Contents for the Appendix to Defendant's Motion to Dismiss Plaintiffs' Complaint

Connecticut Appellate Court Docket for Plaintiff's Writ of Error…..………………....A1

Connecticut Superior Court Docket……………………………..………………..……A4

Excerpt from Plaintiff's Brief in Her Writ of Error……………………………………..A9

 

**State of Connecticut Judicial Branch — Appellate/Supreme E-Filing**

- Attorney/Firm : ROBERT J DEICHERT (421663)   Email: robert.deichert@ct.gov   Logout

E-Filing Home

E-File an Appearance [Go]

- E-Services Inbox
- Self Help
- Logout
- E-File a New Appellate Matter
- E-File a Petition for Certification to Appeal
- E-File a Motion or Application Before E-Filing an Appeal
- List My Cases
- My E-Filed Items
- Case Search
  - By Docket Number
  - By Case Name
- E-Services Home

### Appeal Case Information

**AC 45424**   **CHRISTOPHER AMBROSE v. KAREN AMBROSE**   Status: **Briefing**

| | | | |
|---|---|---|---|
| Date Filed: | 04/11/2022 | Case Manager : | SAMUEL THOMAS |
| Appeal By: | Other | Response to Docket Due Date: | |
| Argued Date: | | Disposition Method: | |
| Submitted on Briefs Date: | | Disposition Date: | |
| | | Cite: | |
| Panel: | | Petition(s) For Certification: | |

**Cross Appeal/Amended Appeal**

### Trial Court Case Information

| | | | |
|---|---|---|---|
| Docket Number: | FBTFA196088163S   MMXCV225014533S | Court: | JD COURTHOUSE AT BRIDGEPORT |
| Judgment For: | | Judgment Date: | 01/25/2022 |
| Trial Judge(s): | HON. THOMAS G. MOUKAWSHER | Case Type: | CIVIL - DISSOLUTN OF MARRIAGE |
| | | Other Trial Judge(s): | |

### Party/Attorney or Self-Represented Information

**Party Name** — **Trial Court Party Class** — **Case Affiliation** — **Appeal Party Class**

Party(ies) for: AC 45424

| Party Name | Trial Court Party Class | Case Affiliation | Appeal Party Class |
|---|---|---|---|
| HON. GERALD ADELMAN  Juris: 421663  ROBERT J DEICHERT | Other | Other | Defendant in Error |
| HON. THOMAS MOUKAWSHER  Juris: 421663  ROBERT J DEICHERT | Other | Other | Defendant in Error |
| Other | Other | Other | Other |
| NICKOLA CUNHA  Self Rep: NICKOLA CUNHA  Juris: 423934  PATTIS & SMITH LLC (removed 2/3/2023) | Defendant | Defendant | Plaintiff in Error |

**Transcripts and Exhibits**   **Exhibits Received By Court:**

| Party | Transcripts Ordered | Estimated Delivery Date | Delivered To Party | Pages | Delivered To Court |
|---|---|---|---|---|---|
| NICKOLA CUNHA | 05/13/2022 | 05/20/2022 | 05/19/2022 | 301 | 11/14/2022 |

**Preliminary Papers**

### Briefs

| | Type | Original Due Date | Due Date | Filed Dt |
|---|---|---|---|---|
| NICKOLA CUNHA  Plaintiff in Error | Brief | 07/21/2022 | 11/14/2022 | 11/18/2022 |
| HON. GERALD ADELMAN  Defendant in Error  HON. THOMAS MOUKAWSHER  Defendant in Error | Brief | 12/19/2022 | 04/14/2023 | 04/13/2023 |
| NICKOLA CUNHA  Plaintiff in Error | Reply Brief | 05/03/2023 | 05/03/2023 | |

### Case Activity

| Activity | Number | Date filed | Initiated By | Description | Action | Action Date | Notice Date |
|---|---|---|---|---|---|---|---|
| APPEAL | AC 45424 | 04/11/2022 | | Writ of Error | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 04/11/2022 | | Writ of Error – supporting documents | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 04/11/2022 | | Writ of Error with Signed Marshal's Return | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 04/12/2022 | | Correspondence from Court | Filed | | |
| APPEARANCE | | 04/19/2022 | | E-filed Appearance Form | Filed | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| APPEARANCE | | 04/25/2022 | | E-filed Appearance Form | Returned | |
| TC MOTION | AC 215273 | 04/26/2022 | Other | Motion for Articulation (Trial Court Only) | Returned | 04/26/2022 04/26/2022 |
| DELINQUENCY ORDER | 210411 | 05/03/2022 | | Clerk uploaded Delinquency Order | Filed | |
| DELINQUENCY ORDER | 210411 | 05/03/2022 | Court | NISI Necessary documents to present the claims of error made in the writ of error | Compliance | 06/06/2022 05/03/2022 |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 05/13/2022 | | Appeal Transcript Order Acknowledgement from Court Reporter | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 05/13/2022 | | Writ of Error – supporting documents | Returned | |
| DISPOSITION | | | Court | NISI Disposition | Disposed | 05/16/2022 |
| DELINQUENCY ORDER | 210411 | 05/16/2022 | | Clerk uploaded Delinquency Order | Filed | |
| MOTION | AC 213631 | 05/17/2022 | NICKOLA CUNHA | Motion to Set Aside Delinquency Order | Returned | 05/17/2022 05/17/2022 |
| MOTION | AC 213637 | 05/17/2022 | NICKOLA CUNHA | Motion for Reconsideration | Other | 06/06/2022 06/06/2022 |
| DELINQUENCY ORDER | 210411 | 05/17/2022 | | Clerk uploaded Delinquency Order | Filed | |
| ORDER | AC 213637 | 05/31/2022 | | Clerk uploaded Order | Filed | |
| BRIEF | | 06/06/2022 | | Clerk uploaded electronic version of Clerk Appendix | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 06/06/2022 | | Appeal Transcript Order Form with Certificate of Completion | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 06/06/2022 | | Writ of Error – supporting documents | Filed | |
| ORDER | AC 213637 | 06/06/2022 | | Clerk uploaded Order | Filed | |
| MOTION FOR EXTENSION | AC 2131868 | 06/08/2022 | HON. GERALD ADELMAN ; HON. THOMAS MOUKAWSHER | Other Extension Date:07/18/2022 | Granted | 06/08/2022 06/08/2022 |
| MOTION | AC 222004 | 07/01/2022 | NICKOLA CUNHA | Motion to Amend Transcript Order Response Date: 7/7/2022 | Granted | 07/13/2022 07/13/2022 |
| MOTION FOR EXTENSION | AC 2230045 | 07/07/2022 | HON. GERALD ADELMAN ; HON. THOMAS MOUKAWSHER | Other Extension Date:08/12/2022 | Granted | 07/08/2022 |
| OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 222004 | 07/07/2022 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| ORDER | AC 222004 | 07/13/2022 | | Clerk uploaded Order | Filed | |
| MOTION FOR EXTENSION | AC 2230117 | 07/21/2022 | NICKOLA CUNHA | Plaintiff in Error Brief Extension Date:08/22/2022 | Granted | 07/22/2022 |
| MOTION FOR EXTENSION | AC 2230234 | 08/12/2022 | NICKOLA CUNHA | Plaintiff in Error Brief Extension Date:09/21/2022 | Granted | 08/12/2022 |
| MOTION FOR EXTENSION | AC 2230235 | 08/12/2022 | HON. GERALD ADELMAN ; HON. THOMAS MOUKAWSHER | Other Extension Date:09/12/2022 | Granted | 08/12/2022 |
| MOTION FOR EXTENSION | AC 2230424 | 09/12/2022 | HON. GERALD ADELMAN ; HON. THOMAS MOUKAWSHER | Other Extension Date:10/12/2022 | Granted | 09/12/2022 |
| MOTION FOR EXTENSION | AC 2230425 | 09/12/2022 | NICKOLA CUNHA | Plaintiff in Error Brief Extension Date:11/14/2022 | Granted Final | 09/15/2022 |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 10/07/2022 | | Writ of Error – supporting documents | Returned | |
| MOTION | AC 222674 | 10/20/2022 | HON. GERALD ADELMAN ; HON. THOMAS MOUKAWSHER | Motion to File Under Seal | Denied | 11/03/2022 11/03/2022 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ORDER | AC 222674 | 11/03/2022 | | Clerk uploaded Order | Filed | |
| BRIEF | | 11/14/2022 | PATTIS & SMITH LLC | Electronic Version of Brief | Rejected | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 11/14/2022 | | Appeal Transcript Filing Form to Accompany Transcripts and/or Land Use Regulations | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 11/14/2022 | | Return of Filing Notice | Filed | |
| BRIEF | | 11/16/2022 | PATTIS & SMITH LLC | Electronic Version of Brief | | |
| MOTION FOR EXTENSION | AC 2230907 | 12/02/2022 | HON. GERALD ADELMAN ; HON. THOMAS MOUKAWSHER | Defendant in Error Brief Extension Date:01/13/2023 | Granted | 12/05/2022 |
| APPEARANCE | | 12/30/2022 | | E-filed Appearance Form | Filed | |
| MOTION FOR EXTENSION | AC 2231080 | 01/03/2023 | HON. GERALD ADELMAN ; HON. THOMAS MOUKAWSHER | Defendant in Error Brief Extension Date:02/14/2023 | Granted | 01/04/2023 |
| MOTION | AC 223108 | 01/05/2023 | NICKOLA CUNHA | Motion for Reconsideration | Returned | 01/05/2023 01/05/2023 |
| MOTION | AC 223150 | 01/11/2023 | NICKOLA CUNHA | Motion to Strike | Denied | 03/15/2023 03/15/2023 |
| MOTION | AC 223255 | 01/23/2023 | HON. GERALD ADELMAN ; HON. THOMAS MOUKAWSHER | Motion to Strike | Other | 03/15/2023 03/15/2023 |
| MOTION FOR EXTENSION | AC 2231217 | 01/23/2023 | HON. GERALD ADELMAN ; HON. THOMAS MOUKAWSHER | Defendant in Error Brief Extension Date:04/14/2023 | Granted | 01/31/2023 |
| OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 223150 | 01/23/2023 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 2231217 | 01/31/2023 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| APPEARANCE | | 02/03/2023 | | E-filed Appearance Form | Filed | |
| ORDER | AC 223150 | 03/15/2023 | | Clerk uploaded Order | Filed | |
| ORDER | AC 223255 | 03/15/2023 | | Clerk uploaded Order | Filed | |
| MOTION | AC 223580 | 03/22/2023 | NICKOLA CUNHA | Motion to Withdraw Appearance (Not for Appointed Counsel) | Returned | 03/22/2023 03/22/2023 |
| MOTION | AC 223618 | 03/29/2023 | NICKOLA CUNHA | Motion for Review | Filed | |
| OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 223618 | 04/10/2023 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| BRIEF | | 04/13/2023 | ROBERT J DEICHERT | Electronic Version of Brief | | |



# State of Connecticut Judicial Branch
## Superior Court Case Look-up



**Superior Court Case Look-up**
  Civil/Family
  Housing
  Small Claims
- 
**Attorney/Firm Juris Number Look-up**
- 
**Case Look-up**
  By Party Name
  By Docket Number
  By Attorney/Firm Juris Number
  By Property Address
- 
**Short Calendar Look-up**
  By Court Location
  By Attorney/Firm Juris Number
  Motion to Seal or Close
  Calendar Notices
- 
**Court Events Look-up**
  By Date
  By Docket Number
  By Attorney/Firm Juris Number
- 
**Legal Notices**
- 
**Pending Foreclosure Sales**
- 
**Understanding**
**Display of Case Information**
- 
**Contact Us**



**Comments**

**MMX-CV22-5014533-S**   IN RE: v. CUNHA, NICKOLA
**Prefix/Suffix:** [none]  **Case Type:** M90   **File Date:** 02/08/2022   **Return Date:** 02/08/2022

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help |

To receive an email when there is activity on this case, click here.

**Information Updated as of:** 04/24/2023

### Case Information
**Case Type:** M90 - Misc - All other
**Court Location:** MIDDLETOWN JD
**List Type:** No List Type
**Trial List Claim:**
**Last Action Date:** 04/06/2023  (The "last action date" is the date the information was entered in the system)

### Disposition Information
**Disposition Date:** 02/08/2022
**Disposition:** JUDGMENT AFTER COMPLETED TRIAL TO THE COURT WITH NO JURY
**Judge or Magistrate:** HON THOMAS MOUKAWSHER

### Party & Appearance Information

| Party | | No Fee Party | Category |
|---|---|---|---|
| P-01 | IN RE: <br> Non-Appearing | | Plaintiff |
| D-01 | NICKOLA CUNHA <br> Self-Rep: 28 BROAD VIEW DRIVE <br> WALLINGFORD, CT 06492 | File Date: 11/03/2022 | Defendant |
| O-01 | OFFICE OF THE CHIEF DISCIPLINARY COUNSEL <br> Attorney: OFFICE OF CHIEF DISCIPLINARY COUNSEL (422382) <br> 100 WASHINGTON STREET <br> HARTFORD, CT 06106 | File Date: 02/14/2022 | Amicus |
| O-02 | CORINNE BONI-VENDOLA - TRUSTEE FOR NICKOLA CUNHA <br> Attorney: CHARLES & BONI-VENDOLA LLC (419050) <br> P.O. BOX 213 <br> COS COB, CT 06807 | File Date: 02/10/2022 | Trustee |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an  in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

Cunha MTD Appx004

| Motions / Pleadings / Documents / Case Status ||||||
|---|---|---|---|---|---|
| Entry No | File Date | Filed By | Description ||| Arguable |
|  | 02/10/2022 | O | **APPEARANCE** 📝 Appearance |||
|  | 02/14/2022 | D | **APPEARANCE** 📝 Appearance |||
|  | 02/14/2022 | O | **APPEARANCE** 📝 Appearance |||
|  | 02/18/2022 | D | **APPEARANCE** 📝 Appearance |||
|  | 11/03/2022 | D | **APPEARANCE** 📝 Appearance |||
|  | 02/06/2023 | D | **APPEARANCE** 📝 Appearance |||
|  | 02/06/2023 | D | **APPEARANCE** 📝 Appearance |||
| 100.30 | 02/08/2022 | P | **SUMMONS** 📝 ||| No |
| 100.31 | 02/08/2022 | P | **COMPLAINT** 📝 ||| No |
| 101.00 | 02/08/2022 | C | **ORDER** 📝 Order scheduling disciplinary hearing ||| No |
| 102.00 | 02/08/2022 | C | **MEMORANDUM OF DECISION** 📝 ||| No |
| 102.10 | 02/08/2022 | C | **EXHIBITS** 📝 Exhibit A from Memorandum of Decision 102.00 ||| No |
| 102.20 | 02/08/2022 | C | **EXHIBITS** 📝 Exhibit B from Memorandum of Decision 102.00 ||| No |
| 102.30 | 02/08/2022 | C | **EXHIBITS** 📝 Exhibits C,D,E,F from Memorandum of Decision 102 ||| No |
| 102.40 | 02/08/2022 | C | **JUDGMENT AFTER COMPLETED TRIAL TO THE COURT WITH NO JURY** *RESULT:* HON THOMAS MOUKAWSHER ||| No |
| 102.50 | 02/08/2022 | C | **ORDER** 📝 Order appointing trustee *RESULT:* Order 2/8/2022 HON THOMAS MOUKAWSHER ||| No |
| 103.00 | 02/08/2022 | C | **ORDER** 📝 ||| No |
| 104.00 | 02/08/2022 | O | **MOTION FOR ADVICE** 📝 *RESULT:* Order 2/8/2022 HON THOMAS MOUKAWSHER ||| No |
| 104.10 | 02/08/2022 | C | **ORDER** 📝 *RESULT:* Order 2/8/2022 HON THOMAS MOUKAWSHER ||| No |
| 105.00 | 02/10/2022 | O | **MOTION FOR ADVICE BY COURT-APPOINTED PERSON** 📝 ||| No |
| 106.00 | 02/14/2022 | D | **MOTION TO CORRECT** 📝 Motion To Withdraw Erroneous Appearance *RESULT:* Denied 2/17/2022 HON THOMAS MOUKAWSHER ||| No |
| 106.10 | 02/17/2022 | C | **ORDER** 📝 *RESULT:* Denied 2/17/2022 HON THOMAS MOUKAWSHER ||| No |
| 107.00 | 02/14/2022 | D | **APPEAL TO APPELLATE COURT** 📝 ||| No |
| 108.00 | 02/15/2022 | D | **WRIT OF ERROR** 📝 ||| No |
| 109.00 | 02/16/2022 | O | **MOTION FOR ADVICE BY COURT-APPOINTED PERSON** 📝 ||| No |
| 110.00 | 02/17/2022 | C | **ORDER** 📝 *RESULT:* Order 2/17/2022 HON THOMAS MOUKAWSHER ||| No |
| 111.00 | 03/02/2022 | C | **ORDER** 📝 *RESULT:* Order 3/2/2022 HON THOMAS MOUKAWSHER ||| No |
| 112.00 | 03/04/2022 | O | **MOTION FOR CONTEMPT** 📝 *RESULT:* Order 3/18/2022 BY THE CLERK ||| Yes |
| 112.10 | 03/18/2022 | C | **ORDER** 📝 *RESULT:* Order 3/18/2022 BY THE CLERK ||| No |

| | | | | No |
|---|---|---|---|---|
| 113.00 | 03/22/2022 | D | **MOTION FOR ORDER** 📄<br>Motion to Continue<br>*RESULT:* Granted 3/23/2022 HON THOMAS MOUKAWSHER | No |
| 113.10 | 03/23/2022 | C | **ORDER** 📄<br>*RESULT:* Granted 3/23/2022 HON THOMAS MOUKAWSHER | No |
| 114.00 | 04/01/2022 | D | **WRIT OF ERROR** 📄 | No |
| 115.00 | 04/13/2022 | O | **LIST OF EXHIBITS (JD-CL-28/JD-CL-28a)** 📄 | No |
| 116.00 | 04/27/2022 | C | **MEMORANDUM OF DECISION ON MOTION** 📄<br>*RESULT:* Order 4/27/2022 HON THOMAS MOUKAWSHER | No |
| 116.10 | 04/22/2022 | C | **LIST OF EXHIBITS (JD-CL-28/JD-CL-28a)** 📄 | No |
| 117.00 | 05/09/2022 | O | **CASEFLOW REQUEST (JD-CV-116)** 📄<br>*RESULT:* Granted 5/10/2022 HON THOMAS MOUKAWSHER | No |
| 117.10 | 05/09/2022 | C | **ORDER** 📄<br>*RESULT:* Order 5/9/2022 HON THOMAS MOUKAWSHER | No |
| 117.20 | 05/10/2022 | C | **ORDER** 📄<br>*RESULT:* Granted 5/10/2022 HON THOMAS MOUKAWSHER | No |
| 118.00 | 05/10/2022 | D | **CASEFLOW REQUEST (JD-CV-116)** 📄<br>*RESULT:* Denied 5/10/2022 HON THOMAS MOUKAWSHER | No |
| 118.10 | 05/10/2022 | C | **ORDER** 📄<br>*RESULT:* Denied 5/10/2022 HON THOMAS MOUKAWSHER | No |
| 119.00 | 05/11/2022 | C | **ORDER** 📄<br>*RESULT:* Order 5/11/2022 HON THOMAS MOUKAWSHER | No |
| 119.05 | 05/11/2022 | C | **LIST OF EXHIBITS (JD-CL-28/JD-CL-28a)** 📄 | No |
| 119.10 | 05/12/2022 | C | **ORDER** 📄<br>*RESULT:* Order 5/12/2022 HON THOMAS MOUKAWSHER | No |
| 119.20 | 05/13/2022 | C | **ORDER** 📄<br>*RESULT:* Order 5/13/2022 HON THOMAS MOUKAWSHER | No |
| 119.30 | 05/16/2022 | C | **ORDER** 📄<br>*RESULT:* Order 5/16/2022 HON THOMAS MOUKAWSHER | No |
| 120.00 | 05/16/2022 | O | **REPORT** 📄 | No |
| 121.00 | 05/11/2022 | C | **CAPIAS ISSUED** 📄<br>Watermark | No |
| 121.10 | 05/17/2022 | C | **ORDER** 📄<br>*RESULT:* Order 5/17/2022 HON THOMAS MOUKAWSHER | No |
| 121.20 | 06/08/2022 | C | **RETURN OF SERVICE** 📄 | No |
| 122.00 | 05/31/2022 | D | **APPELLATE COURT MATERIAL** 📄<br>Motion for Reconsideration | No |
| 122.10 | 05/31/2022 | C | **APPELLATE COURT MATERIAL** 📄<br>Order on Motion for Reconsideration | No |
| 123.00 | 06/01/2022 | O | **MOTION TO DISBURSE FUNDS** 📄<br>Motion to Disburse Funds Held by Trustee<br>*RESULT:* Order 7/13/2022 HON THOMAS MOUKAWSHER<br>**Last Updated:** Result Information - 07/13/2022 | No |
| 123.10 | 06/14/2022 | C | **ORDER** 📄<br>*RESULT:* Order 6/14/2022 HON THOMAS MOUKAWSHER | No |
| 123.20 | 07/13/2022 | C | **ORDER** 📄<br>*RESULT:* Granted 7/13/2022 HON THOMAS MOUKAWSHER | No |
| 124.00 | 06/06/2022 | C | **ORDER** 📄<br>*RESULT:* Order 6/6/2022 HON THOMAS MOUKAWSHER | No |
| 125.00 | 06/06/2022 | C | **ORDER** 📄<br>*RESULT:* Order 6/6/2022 HON THOMAS MOUKAWSHER | No |
| 126.00 | 06/24/2022 | C | **ORDER** 📄<br>*RESULT:* Order 6/24/2022 HON THOMAS MOUKAWSHER | No |
| 127.00 | 06/28/2022 | C | **ORDER** 📄<br>*RESULT:* Order 6/28/2022 HON THOMAS MOUKAWSHER | No |
| 128.00 | 07/06/2022 | D | **NOTICE** 📄<br>Status Report as ordered by the court. | No |

| # | Date | | Description | Arguable |
|---|---|---|---|---|
| 129.00 | 07/12/2022 | O | **CASEFLOW REQUEST (JD-CV-116)** 📝<br>Request for a court order to allow trustee to disburse funds<br>*RESULT:* Granted 7/13/2022 HON THOMAS MOUKAWSHER | No |
| 130.00 | 08/24/2022 | C | **APPELLATE COURT MATERIAL** 📝<br>Dismissal of Boyne Application for Cert to Appeal | No |
| 131.00 | 09/01/2022 | O | **MOTION FOR ORDER** 📝 | No |
| 132.00 | 11/07/2022 | D | **MOTION FOR ORDER** 📝<br>Immediate Disbursement of Funds<br>*RESULT:* Order 12/22/2022 HON THOMAS MOUKAWSHER | No |
| 132.05 | 11/22/2022 | C | **ORDER** 📝<br>*RESULT:* Order 11/22/2022 HON THOMAS MOUKAWSHER | No |
| 132.10 | 12/22/2022 | C | **ORDER** 📝<br>*RESULT:* Order 12/22/2022 HON THOMAS MOUKAWSHER | No |
| 133.00 | 12/07/2022 | O | **OBJECTION** 📝<br>DISCIPLINARY COUNSEL?S OBJECTION TO RESPONDENT?S Motion for Immediate Disbursement of Funds<br>*RESULT:* Order 12/13/2022 HON THOMAS MOUKAWSHER | No |
| 133.10 | 12/13/2022 | C | **ORDER** 📝<br>*RESULT:* Order 12/13/2022 HON THOMAS MOUKAWSHER | No |
| 134.00 | 12/21/2022 | D | **REPLY** 📝<br>to Objection (133.00) | No |
| 135.00 | 02/17/2023 | O | **MOTION TO DISBURSE FUNDS** 📝<br>Trustee's Proposed Motion for Disbursement of Funds<br>*RESULT:* Order 3/15/2023 HON THOMAS MOUKAWSHER | No |
| 135.10 | 03/15/2023 | C | **ORDER** 📝<br>*RESULT:* Order 3/15/2023 HON THOMAS MOUKAWSHER | No |
| 136.00 | 02/23/2023 | D | **MOTION TO STRIKE** 📝<br>Trustee's Proposed Motion for Disbursement of Funds<br>*RESULT:* Order 3/15/2023 HON THOMAS MOUKAWSHER | Yes |
| 136.10 | 03/15/2023 | C | **ORDER** 📝<br>*RESULT:* Order 3/15/2023 HON THOMAS MOUKAWSHER | No |
| 137.00 | 03/13/2023 | O | **MOTION TO DISBURSE FUNDS** 📝<br>Amended Trustee's Proposed Motion for Disbursement of Funds | No |
| 137.10 | 03/13/2023 | C | **ORDER** 📝<br>*RESULT:* Granted 3/13/2023 HON THOMAS MOUKAWSHER | No |
| 138.00 | 03/17/2023 | D | **MOTION FOR STAY** 📝 | No |
| 139.00 | 03/17/2023 | D | **MOTION FOR ARTICULATION** 📝<br>and Clarificaiton of order #137.10<br>*RESULT:* Denied 3/20/2023 HON THOMAS MOUKAWSHER | No |
| 139.10 | 03/20/2023 | C | **ORDER** 📝<br>*RESULT:* Denied 3/20/2023 HON THOMAS MOUKAWSHER | No |
| 140.00 | 03/21/2023 | O | **MOTION FOR ORDER** 📝<br>Notice of claim a former clients J.S. and L.S. | No |
| 141.00 | 03/23/2023 | D | **MOTION TO DISMISS PB 10-30** 📝<br>*RESULT:* Denied 4/5/2023 HON THOMAS MOUKAWSHER | Yes |
| 141.10 | 04/05/2023 | C | **ORDER** 📝<br>*RESULT:* Denied 4/5/2023 HON THOMAS MOUKAWSHER | No |
| 142.00 | 03/30/2023 | P | **APPELLATE COURT MATERIAL** 📝<br>Motion for Review | No |
| 143.00 | 04/05/2023 | C | **ORDER** 📝<br>*RESULT:* Order 4/5/2023 HON THOMAS MOUKAWSHER | No |

| Scheduled Court Dates as of 04/21/2023 |
|---|
| MMX-CV22-5014533-S - IN RE: v. CUNHA, NICKOLA |

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed.  To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Cunha MTD Appx007

Matters that appear on the Short Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2023, State of Connecticut Judicial Branch

Page Created on 4/24/2023 at 2:04:43 PM

Cunha MTD Appx008

Filed Under The Electronic Briefing Rules

**APPELLATE COURT
OF THE
STATE OF CONNECTICUT**

_____

A.C. 45424
_____

CHRISTOPHER AMBROSE,
Plaintiff,

v.

KAREN AMBROSE,
Defendant,

_____

FAIRFIELD JUDICIAL DISTRICT
AT REGIONAL FAMILY TRIAL DOCKET IN MIDDLETOWN
HON. THOMAS MOUKAWSHER
_____

BRIEF OF PLAINTIFF-IN-ERROR NICKOLA CUNHA
_____

                                       NORMAN A. PATTIS
                                       CHRISTOPHER T. DEMATTEO
                                       Pattis & Smith, LLC
                                       Juris No. 423943
                                       383 Orange St., First Floor
                                       New Haven, CT 06511
                                       Tel: (203) 393-3017
                                       Fax: (203) 393-9745
                                       npattis@pattisandsmith.com
                                       cdematteo@pattisandsmith.com

To Be Argued By

Norman A. Pattis OR Christopher T. DeMatteo

Page 1 of 39

**Cunha MTD Appx009**

## 6. Argument

**I. The trial court's disbarment of Nickola Cunha should be vacated because the notice and hearing violated the due process requirements of the United States and Connecticut constitutions. The notice did not adequately notify her of the misconduct for which she would be disciplined and she was denied the right to contest the allegations of misconduct because the hearing was limited to disposition.**

### A. Introduction

Attorneys have protected property interests in their law licenses. For that reason, they are afforded due process in disciplinary proceedings, which require sufficient notice of alleged misconduct and a right to contest such allegations in a hearing. In this case, the hearing and resulting discipline that it imposed went beyond the notice that was given to Plaintiff-in-Error Nickola Cunha. Additionally, since the trial court did not exercise summary discipline but scheduled a hearing, it should not have limited the hearing to disposition of the sanction. Accordingly, Ms. Cunha's disbarment should be vacated.

### B. Reviewability

The Plaintiff-in-Error, defending herself, objected on the record to the notice and process of the hearing. Additionally, the procedural defects of the hearing became more apparent in the trial court's written decision. For those reasons, this claim is reviewable in accordance with Practice Book § 60-5 and the record on appeal is adequate for such review, in accordance with Practice Book § 61-10. Moreover, due to the constitutional dimensions and issues of

suggests that the conduct that would be the basis for the sanctions could also be addressed.

Due process is one of the bases of our legal system. Criminal prosecutions require charging documents. Civil actions require pleadings. Both require processes to fairly reach their dispositional stages. Here, Ms. Cunha went straight to the equivalent of a sentencing without being informed that is what the hearing would be.

## 2. With the disciplinary hearing limited to whether and what sanctions should be imposed, Ms. Cunha was denied the procedural due process right of an opportunity to defend herself.

The trial court did not summarily discipline Ms. Cunha after the hearing on the motion to recuse Judge Adelman. It issued a notice of a hearing, albeit insufficient, and scheduled a hearing. At the hearing, the trial court informed Ms. Cunha that it had already determined that she had committed misconduct and the hearing was only for whether she should be sanctioned for that misconduct and what the sanction should be. She was therefore, and in violation of procedural due process, not able to defend against the findings of misconduct that led to her disbarment.

Due process requires both notice of charges and the opportunity to contest them. Indeed, the former means little without the latter. The Superior Court has the authority to, pursuant to Practice Book § 2-44, "for just cause, suspend or disbar attorneys." That authority can only be exercised summarily, that is, without complaint or hearing, if the cause occurs in the presence of the court. Practice Book § 2-45. When a court does not act summarily, it must provide notice and hold a