UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICKOLA JEAN CUNHA,
        Plaintiffs

v.

THOMAS MOUKAWSHER,
        Defendants.

Case No. 3:23-CV-37 VAB

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On April 24, 2023, the defendant filed a motion to dismiss. On January 15, 2024, the Court entered an order (Doc. 22) granting the motion to dismiss and ordered that this case be closed.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered and the case is closed.

Dated at New Haven, Connecticut, this 22nd day of January 2024.

Dinah M. Kinney, Clerk

By: /s/ Tatihana Murphy
Tatihana Murphy
Courtroom Deputy

EOD: 1/22/2024